HYGIENIC ICE AND REFRIGERATING COMPANY, Appellant, *v.* THE PHILADELPHIA CASUALTY COMPANY, Respondent.

*Hygienic Ice & R. Co.* v. *Philadelphia Casualty Co.*, 162 App. Div. 190, affirmed.

(Argued December 3, 1917; decided December 18, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 18, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action

was brought to recover the sum of $6,352.45 on a policy of indemnity insurance known as a "team's liability policy," which was the amount the plaintiff was required to pay on a judgment recovered against it by Adam Raible for personal injuries inflicted upon him by a horse used by the plaintiff in its business of manufacturing and selling artificial ice. The defense set up was that the loss resulting from the injury was not covered by the policy for the following reasons: (a) That the horse was not at the time in charge of the assured or of any person provided for in the declarations which are a part of the policy. (b) That within the meaning of the policy the horse was at the time of the injury being driven by a person under sixteen years of age. (c) That in breach of its warranty the plaintiff permitted a person under sixteen years of age to have charge of the horse. (d) That the horse which inflicted the injury was vicious and known to be so by the plaintiff and the use thereof was a breach of the plaintiff's warranty.

*Lewis E. Carr* for appellant.

*P. C. Dugan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.